**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

MARTHA DEATON, et al.                                                                                          PLAINTIFFS

VS.                                                                              CIVIL ACTION NO. 5:06-CV-132-DCB-JMR

JOHN DOES A-G et al.                                                                                          DEFENDANTS

**ORDER OF DISMISSAL**

THIS DAY THIS CAUSE came on to be heard on motion of the United States of America to Dismiss this case and the court being informed:

(1) that the United States of America removed the limited discovery portion of six cases pending in the Warren County, Mississippi, Circuit Court that pertained to 3 subpoenas issued in those cases by a defendant therein, Reliance Electric Company, Inc., to the Occupational Safety and Health Administration (OSHA) which were then consolidated into the instant action;

(2) that the United States moved to quash the subpoenas in the instant action; and

(3) that the underlying state court case between Reliance Electric Company, Inc., and the plaintiffs represented by the named Plaintiff herein, Martha Deaton, has been settled and the subpoenas are held for naught and, therefore, the issues in this case are now moot.

IT IS, THEREFORE, ORDERED on motion *ore tenus* of the United States of America that this cause be, and the same is hereby, dismissed.

SO ORDERED, this the   22nd   day of May, 2007.

                                                      s/ David Bramlette
                                                     UNITED STATES DISTRICT JUDGE